Robert Carl Sweeter, a minor, by William Carl Sweeter, his father and next friend, appellee, v. Charles M. Poole and Home Oil Company, defendant. Charles M. Poole, appellant. Gen. No. 8,857.

Heard in this court at the January term, 1935. Opinion filed April 12, 1935. Rehearing denied July 8, 1935.

Miller, Elliott & Westervelt, for appellant; Eugene R. Johnson, of counsel. J. M. Powers and Ramon A. Powers, for appellee.

Mr. Justice Davis delivered the opinion of the court.

William M. Below, receiver for the First National Bank of Sidell, defendant in error, v. Carrie E. McDowell et al., plaintiffs in error. Gen. No. 8,877.

Heard in this court at the January term, 1935. Opinion filed April 12, 1935.

Acton, Acton & Baldwin and Graham & Dysert, for plaintiffs in error. L. A. Lowenstein and Riley McClain, for defendant in error.

Mr. Justice Davis delivered the opinion of the court.

The Farmers Bank of Mt. Pulaski, appellee, v. John C. Weckel, appellant. Gen. No. 8,880.

Heard in this court at the January term, 1935. Opinion filed April 12, 1935. Rehearing denied July 8, 1935.

Wirt Herrick and Homer B. Harris, for appellant. Robert R. Humphrey and Trapp & Trapp, for appellee.

Mr. Justice Davis delivered the opinion of the court.

## FOURTH DISTRICT.

Gus Pahlman, appellant, v. The People of the State of Illinois ex rel. Ida Wilson, appellee.

Heard in this court at the February term, 1935. Opinion filed June 8, 1935.

Edward W. Clendenin and J. Fred Gilster, for appellant. Walter J. Schuwerk, for appellee.

Mr. Presiding Justice Edwards delivered the opinion of the court.